UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

**UNITED STATES OF AMERICA,**

vs.                                                                 Case No:  4:12-cr-17-WTM-GRS-1

**LEONARDO LEVETTE MCMILLAR,**
           **Defendant.**
_____/

**MOTION TO APPEAR PRO HAC VICE**

COMES now WILLIAM MALLORY KENT, an attorney admitted in the State of Florida and admitted in good standing in all United States District Courts in Florida, whose office address is 24 North Market Street, Suite 300, Jacksonville, Florida, 32202, telephone number 904-398-8000, fax number 904-348-3124, cell number 904-662-4419, email address kent@williamkent.com, respectfully moves for his admission to appear *pro hac vice* for the purpose of representing Leonard Levette McMillar, in the above styled matter.  Undersigned counsel also requests permission to receive electronic filings in this case.  In support of this motion, undersigned counsel states as follows:

WILLIAM MALLORY KENT is not admitted to practice in the Southern District of Georgia but is a member in good standing of the Florida Bar and the

United States District Courts for the Northern, Middle and Southern Districts of Florida, having first been admitted to practice in Florida in 1978 and first admitted to practice in the United States District Court, Middle District of Florida, in 1989.

Counsel has previously been granted permission to appear *pro hac vice* in this Court in *James Chaplin v. Deborah Hickey, Warden, et al*, case number 2:09-cv-114, a case for which counsel appeared pro bono, and *United States of America v. Najam Azmat*, case number 4:13-cr-28, for the filing of a 2255 motion.

Counsel is requesting that the need for local counsel be waived. A certificate of good standing from the United States District Court, Middle District of Florida, is being provided along with the $200 for the *pro hac vice* fee.

    Respectfully submitted,

    KENT & McFARLAND
    ATTORNEYS AT LAW

    s/William Mallory Kent
    William Mallory Kent
    Florida Bar No. 0260738
    24 North Market Street
    Suite 300
    Jacksonville, FL 32202
    (904) 398-8000 Telephone
    (904) 348-3124 Facsimile
    kent@williamkent.com
    *Pro Hac Vice* Counsel for McMillar

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following counsel of record:

Brian T. Rafferty
Brian.rafferty@usdoj.gov

Cameron Heaps Ippolito
brian.rafferty@usdoj.gov

R. Brian Tanner
Brian.tanner@usdoj.gov

                                          s/William Mallory Kent
                                          William Mallory Kent