# United States District Court
## Southern District of Georgia

LEONARDO LEVETTE MCMILLAR

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:18-cv-259
4:12-cr-017

UNITED STATES OF AMERICA

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's order dated August 5, 2019, adopting the Report and Recommendation of the U.S. Magistrate Judge as the opinion of this Court, Government's motion to dismiss is GRANTED and Movant's 28 U.S.C. § 2255 Petition is DENIED. In addition, Movant is not entitled to a Certificate of Appealability, rendering moot any request for in forma pauperis status on appeal. This case stands closed.

08/05/2019
*Date*

Scott L. Poff
*Clerk*

*(By) Deputy Clerk*